United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAPHNE CHAU,

    Plaintiff,

v.

EMC CORPORATION, a Massachusetts corporation, EMC PERIPHERALS, INC., a California Corporation, KRISTIE DREW, NICOLE DESMARAIS, SHAYNA FISHER, IVY MILLMAN, and DAVID NOY,

    Defendants.

No. C 13-04806 WHA

**ORDER GRANTING IN PART *EX PARTE* APPLICATION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTIONS**

    Plaintiff's attorney Dru Anne Keegan has filed an *ex parte* application requesting an extension of time to respond to defendants' motions (Dkt. No. 24). Currently, the deadline for her responses is November 6. Attorney Keegan nonetheless seeks an extension of twenty-three days such that her responses are due December 12. The December 19 hearing currently set for defendants' motions would then be moved to January 2, 2014, under Attorney Keegan's suggestion, because she has another matter in a different court at 9 AM on December 19. Attorney Keegan represents that defendants have not indicated whether they would stipulate to such changes in schedule.

    Under Federal Rule of Civil Procedure 6(b)(1), a court may — for good cause shown — extend the time by which an act must be done. Attorney Keegan submits that good cause exists because the November 6 deadline coincides with her unusual family hardships and because the

upcoming holiday and prearranged vacation schedules further compound the problem of responding to defendants' motions before December 12. Specifically, Attorney Keegan declares that she suffered from the unexpected loss of a treasured family pet and the illness of her mother in the last two weeks.

The *ex parte* application is **GRANTED IN PART**. Attorney Keegan will file her responses to defendants' motions by **12 PM ON NOVEMBER 20**. Defendants' replies, if any, will be due by **12 PM ON NOVEMBER 27**. Defendants' motions will still be heard at **8 AM ON DECEMBER 19**. This hearing date may possibly be reconsidered if the parties stipulate to January 2 as the hearing date, or if Attorney Keegan provides details as to the name of the case and court in which she has another hearing at 9 AM on December 19.

**IT IS SO ORDERED.**

Dated: November 6, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2