IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAPHNE CHAU,

    Plaintiff,

v.

EMC CORPORATION, a Massachusetts corporation, EMC PERIPHERALS, INC., a California corporation, KRISTIE DREW, NICOLE DESMARAIS, SHAYNA FISHER, IVY MILLMAN, and DAVID NOY,

    Defendants.

No. C 13-04806 WHA

**ORDER TO SHOW CAUSE**

On October 23, defendants filed (1) a motion to compel arbitration and dismiss, or alternatively to stay proceedings, as well as (2) a motion to dismiss and strike the complaint (Dkt. Nos. 14, 15). Pursuant to Civil Local Rule 7-3, plaintiff's opposition or statement of non-opposition thereto was due on November 6. On November 5, Attorney Dru Anne Keegan submitted an *ex parte* application, requesting an extension of time to respond to defendants' motions (Dkt. No. 24). An order dated November 6 granted this request in part, stating that "Attorney Keegan will file her responses to defendants' motions by 12 PM on November 20" (Dkt. No. 25). Nonetheless, Attorney Keegan has failed to file any such responses.

1  Accordingly, Attorney Keegan is hereby **ORDERED TO SHOW CAUSE** as to why this
2  matter should not be dismissed for failure to prosecute.  Attorney Keegan must file a written
3  response to this order by **12 PM ON NOVEMBER 26**.  Failure to file a timely response to this
4  order will result in immediate dismissal of this action.

6  **IT IS SO ORDERED.**

8  Dated:  November 25, 2013.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE