**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAPHNE CHAU,

    Plaintiff,

  v.

EMC CORPORATION, a Massachusetts corporation, EMC PERIPHERALS, INC., a California corporation, KRISTIE DREW, NICOLE DESMARAIS, SHAYNA FISHER, IVY MILLMAN, and DAVID NOY,

    Defendants.
                                     /

No. C 13-04806 WHA

**ORDER RE DEADLINE FOR DEFENDANTS' REPLY**

    Pursuant to the order dated November 26 (Dkt. No. 29), Attorney Dru Anne Keegan has timely filed responses to defendants' two motions. Accordingly, defendants will file any replies to those responses by **12 PM ON DECEMBER 6**.

    **IT IS SO ORDERED.**

Dated: November 29, 2013.

                            WILLIAM ALSUP
                            UNITED STATES DISTRICT JUDGE