1  DRU ANNE KEEGAN, ESQ. (State Bar No. 157076)
   KEEGAN & ASSOCIATES
2  Attorney at Law
   31 East Julian Street
3  San Jose, California 95112
   Telephone: (408) 297-9986
4  Facsimile: (408) 297-9978
   email: drukeegan@aol.com
5
   Attorney for Plaintiff
6  DAPHNE CHAU

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12 DAPHNE CHAU,                          )  CASE NO: 13-CV-04806-WHA
                                         )
13         Plaintiff,                     )  [Santa Clara County Superior Court
                                         )  Case No. 1-13-CV-252673]
14 v.                                     )
                                         )  [PROPOSED] ORDER RESCHEDULING
15 EMC CORPORATION, A                     )  THE HEARING ON DEFENDANTS' AND
   MASSACHUSETTS CORPORATION, EMC         )  PLAINTIFF'S MOTIONS FROM
16 PERIPHERALS, INC., A CALIFORNIA        )  DECEMBER 19, 2013 TO JANUARY 2, 2014
   CORPORATION, KRISTIE DREW, NICOLE      )  AT 8:00 A.M.
17 DESMARAIS, SHAYNA FISHER, IVY          )
   MILLMAN, DAVID NOY, AND DOES 1         )
18 THROUGH 100, INCLUSIVE,                )  Action filed:     September 9, 2013
                                         )  Action removed:  October 16, 2013
19         Defendants.                    )
                                         )
20

21        Based on information submitted by Plaintiff's counsel regarding a December 19, 2013,

22 scheduling conflict, the hearing on Defendants' Motion to Compel Arbitration and to Dismiss, or in the

23 Alternative, to Stay Proceedings; Defendants' Motion to Dismiss and to Strike; and Plaintiff's Motion

24 for Remand and Request for Attorney Fees and Costs, Alternatively Motion to Change Venue, are

25 rescheduled to January 2, 2014, at 8:00 a.m.

26 **IT IS SO ORDERED**

27 Dated:  December 3, 2013.                     _____

28                                              WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE